UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| USA | ) | |
| | ) | No. 1:25-cr-00463-1 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Young B. Kim |
| v. | ) | |
| Keith Griffin | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER**

At Defendant's request, Initial appearance and arraignment held by video.  Defendant appeared in court in response to an Indictment.  Attorney Mark J. Werksman appeared on behalf of Defendant as retained counsel.  The government advised Defendant of the charges pending against him in the Indictment.  The court advised Defendant of his rights.  Defendant acknowledged receipt of the Indictment, waived formal reading and entered a plea of not guilty to the charges pending against him in the Indictment.  Rule 16. 1(a) conference to be held by August 26, 2025. Status hearing before the assigned District Judge is set for September 25, 2025, at 10:30 a.m.  The government's oral motion to exclude time is granted for the reasons stated in open court and the time until the next status hearing before the assigned District Judge shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7).  Defendant did not oppose this motion to exclude time.  The government and Defendant agreed to certain conditions of release. Enter Order Setting Conditions of Release. Defendant is ordered to be released after processing.  Defendant is ordered to report to the nearest district by August 21, 2025, for processing.  Finally, pursuant to Fed. R. Crim. P. 5(f)(1), the government is ordered to comply with its obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as it has an affirmative duty to disclose both impeachment and exculpatory evidence favorable to Defendant and material to guilt and/or punishment.  In the event the government fails, the court may sanction the government by excluding witnesses or evidence, limiting the scope of permitted testimony, issuing jury instructions adverse to the government, declaring a mistrial, dismissing the charges, and holding contempt proceedings.
(T:00:10)

Date: <u>August 19, 2025</u>

*Young B. Kim* (signature)

_____
Young B. Kim
United States Magistrate Judge